IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANCIS BRANCALEONI

V.             C.A. NO. 13-5083

CAROLYN W. COLVIN,
Commissioner of Social Security



FILED
JAN 1 4 2015
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 14TH day of January, 2015, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review and Defendant's response thereto, as well as Plaintiff's Motion to Remand and Defendant's response, and the record herein, and after review of the Report and Recommendation of United States Magistrate Judge M. Faith Angell, and after review of Plaintiff's Objections to the Magistrate Judge's Report and Recommendation and Defendant's response thereto, it is hereby ORDERED that:

    1. Plaintiff's Objections [Doc. 21] are OVERRULED.

    2. The Report and Recommendation is APPROVED and ADOPTED.

    3. Plaintiff's Motion to Remand [Doc. 16] is DENIED.

    4. The relief sought in Plaintiff's Brief and Statement of Issues in Support of Request for Review [Doc. 10] is DENIED.

    5. Judgment is ENTERED in favor of the Defendant and against the Plaintiff, affirming the decision of the Commissioner of Social Security.

    6. The Clerk shall mark this case CLOSED for statistical purposes.

BY THE COURT:

_____
JEFFREY L. SCHMEHL, J.